**Form 191**

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

83 – 82
ljel

In re:  Bankruptcy Case No.: 06–21148–TPA

Chapter: 13
Claim No.:
Hearing Date: at

**Kristy D. Snyder**
    Debtor(s)

### CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the _____ day of _____, _____, I served a copy of the within **Order together with the Motion/Amendment/Objection to Claim** filed in this proceeding, by (describe the mode of service):




on the respondent(s) and on the following creditors, parties in interest, and equity security holders at:









Executed on: _____  By: _____
          (Date)           Signature

         _____
         Typed Name

         _____
         Address

         _____
         Phone No.

         _____
         List Bar I.D. and State of Admission