# Notice Recipients

District/Off: 0315−2  User: ljel  Date Created: 10/29/2012
Case: 06−21148−TPA  Form ID: 191  Total: 1

**Recipients of Notice of Electronic Filing:**
aty    Peter J. Ashcroft    pashcroft@bernsteinlaw.com

TOTAL: 1