Form 300

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Kristy D. Snyder**<br>*Debtor(s)* | : <br> : <br> : | Case No. 06–21148–TPA<br>Chapter: 13 |
| Denovus Corporation Ltd, as assignee of Mile Rock<br>Holdings, LLC/MBNA/Truelogic Financial Corporation<br>*Movant(s),* | : <br> : <br> : <br> : | Related to Document No. 82 |
| v.<br>Kristy J. Snyder and Ronda Winnecour, Esq.<br>*Respondent(s).* | : <br> : <br> : <br> : <br> : | Hearing Date: 12/5/12 at 03:30 PM |

## ORDER SCHEDULING DATES FOR RESPONSE
## AND HEARING ON MOTION

   *AND NOW,* this **29th day of October, 2012**, a **MOTION TO REOPEN BANKRUPTCY PURSUANT TO 11 U.S.C. SECTION 350(B) AND MOTION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CLAIMANT PURSUANT TO 11 U.S.C. Sec. 347 and 28 U.S.C. Sec. 2041 et seq.** having been filed at Doc. No. 82 by Denovus Corporation Ltd, as assignee of Mile Rock Holdings, LLC/MBNA/Truelogic Financial Corporation,

   It is hereby **ORDERED, ADJUDGED and DECREED** that:

   (1)   Pursuant to *Bankruptcy Rule 7004*, Counsel for the Moving Party shall **IMMEDIATELY** serve a copy of this *Order* and the *Motion* upon all parties from whom relief is sought, their counsel, the U.S. Trustee and all those identified on the Certificate attached to the *Motion*. Counsel for the Moving Party shall then file a *Certificate of Service*. **Failure to properly serve the Motion or file the Certificate may result in the dismissal of the Motion.**

   (2)   **On or before November 14, 2012,** any **Response**, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 and served on the counsel for the Moving Party.

   (3)   This *Motion* is scheduled for hearing on **December 5, 2012** at **03:30 PM** in Courtroom "C", 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*.

   (4)   If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter an order by default. **To determine if a default order has been entered, the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov, one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.** In the event a default order has been entered, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

   (5)   A maximum of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **IMMEDIATELY**. The Court may authorize parties or counsel of record to participate in the hearing by telephone provided arrangements are made with the Courtroom Deputy by telephone at least three (3) days prior to the hearing.

*[signature]*
Thomas P. Agresti, Chief Judge
United States Bankruptcy Court

cm: Peter Ashcroft, Esq.