# Notice Recipients

District/Off: 0315−2         User: ljel                Date Created: 10/29/2012
Case: 06−21148−TPA           Form ID: 300              Total: 1

**Recipients of Notice of Electronic Filing:**
aty         Peter J. Ashcroft         pashcroft@bernsteinlaw.com

TOTAL: 1