IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 06-21148-TPA |
| KRISTY D. SNYDER, | Chapter 13 |
| Debtor, | Related to Doc. Nos. 82 and 83 |
| DENOVUS CORPORATION, LTD, as assignee of MILE ROCK HOLDINGS, LLC/ MBNA/ TRUELOGIC FINANCIAL CORPORATION, | Hearing Date: December 5, 2012<br>Hearing Time: 3:30 p.m. |
| Movant/Claimant, | |
| v. | Response Deadline: November 14, 2012 |
| KRISTY D. SNYDER and<br>RONDA J. WINNECOUR, Ch. 13 Trustee | |
| Respondents | |

CERTIFICATE OF SERVICE OF MOTION TO REOPEN BANKRUPTCY
PURSUANT TO 11 U.S.C. § 350(b) and MOTION FOR ORDER
DIRECTING PAYMENT OF FUNDS TO CLAIMANT
PURSUANT TO 11 U.S.C. § 347 and 28 U.S.C. § 2041, et seq.
and
ORDER SCHEDULING DATES FOR RESPONSE AND HEARING ON MOTION

    I certify under penalty of perjury that I served the above captioned pleadings at the addresses specified below or on the attached list on October 30, 2012.

    The types of service made on the parties were:

By Email:

Edgardo D. Santillan                      edscourt@debtlaw.com

and,

By First-Class Mail to the following parties:

| | |
|---|---|
| Kristy D. Snyder<br>941 Walnut Street<br>Ambridge, PA 15003 | Ronda J. Winnecour<br>Chapter 13 Trustee<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 |
| United States Attorney's Office<br>United States Post Office & Courthouse<br>700 Grant Street, Suite 4000<br>Pittsburgh, PA 15219 | David Berry, Bankruptcy Analyst<br>Office of the United States Trustee<br>Suite 970 Liberty Center<br>1001 Liberty Avenue<br>Pittsburgh, PA 15222 |

/s/ Peter J Ashcroft, Esq.
PA I.D. # 87317
pashcroft@bernsteinlaw.com
Bernstein-Burkley, P.C.
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219
(412) 456-8107
Fax: (412) 456-8255

Counsel for Denovus Corporation, Ltd., as assignee of Mile Rock Holdings, LLC/ MBNA/Truelogic Financial Corporation