IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 06-21148-TPA |
| KRISTY D. SNYDER, | Chapter 13 |
| Debtor, | Related to Doc. Nos. 82 and 83 |
| DENOVUS CORPORATION, LTD, as assignee of MILE ROCK HOLDINGS, LLC/ MBNA/ TRUELOGIC FINANCIAL CORPORATION, | Hearing Date: December 5, 2012<br>Hearing Time: 3:30 p.m. |
| Movant/Claimant, | |
| | Response Deadline: November 14, 2012 |
| v. | |
| KRISTY D. SNYDER and<br>RONDA J. WINNECOUR, Ch. 13 Trustee | |
| Respondents | |

CERTIFICATE OF NO OBJECTION OR RESPONSE TO
MOTION TO REOPEN BANKRUPTCY PURSUANT TO 11 U.S.C. § 350(b) and
MOTION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CLAIMANT
PURSUANT TO 11 U.S.C. § 347 and 28 U.S.C. § 2041, et seq.

   The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Reopen and Motion for Order Directing Payment of Funds, filed at Doc. No. 82 and served on the Respondents herein, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Hearing, objections to the motion were to be filed and served no later than November 14, 2012.

It is hereby respectfully requested that the Order attached to the Movant's Motion for Order Directing Payment of Funds be entered by the Court.

        Respectfully submitted,

        By: /s/ Peter J Ashcroft
        Peter J Ashcroft, Esq.
        PA I.D. # 87317
        pashcroft@bernsteinlaw.com
        Suite 2200, Gulf Tower
        Pittsburgh, PA 15219
        (412) 456-8107

        Counsel for Denovus Corporation, Ltd., as assignee of Mile Rock Holdings, LLC/ MBNA/Truelogic Financial Corporation

Dated: November 16, 2012