FILED
2012 NOV 20 A 11:48
CLERK
U.S. BANKRUPTCY
COURT - PGH

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>KRISTY D. SNYDER,<br><br>Debtor,<br><br>DENOVUS CORPORATION, LTD, as assignee of MILE ROCK HOLDINGS, LLC/ MBNA/ TRUELOGIC FINANCIAL CORPORATION,<br><br>Movant/Claimant,<br><br>v.<br><br>KRISTY D. SNYDER and<br>RONDA J. WINNECOUR, Ch. 13 Trustee<br><br>Respondents | Bankruptcy No. 06-21148-TPA<br><br>Chapter 13<br><br>Related to Doc. No. 62<br><br>Rel to 82 |

## ORDER OF COURT

AND NOW, this __20th__ day of __November__, 2012, upon consideration of the foregoing Motion to Reopen Bankruptcy Pursuant to 11 U.S.C. § 350(b) and Motion for Order Directing Payment of Funds to Claimant Pursuant to 11 U.S.C. § 347 and 28 U.S.C. § 2041, et seq. (the "Motion"),

    it is hereby ORDERED that the Kristy D. Snyder bankruptcy is reopened; and,

    it is hereby DETERMINED that the Court finds the Claimant, Denovus Corporation, Ltd., as assignee of Mile Rock Holdings, LLC/ MBNA/Truelogic Financial Corporation, has noticed the United States Attorney as required by 28 U.S.C. § 2041, et seq.; and,

    it is hereby ORDERED that Claimant's Motion is granted.

The Clerk of Court shall tender the unclaimed funds in the amount of $4,785.19 to Claimant. The Clerk of Court shall make the payment in care of J. Armstrong Duffield and shall mail the payment to J. Armstrong Duffield, 3855 S. Boulevard, Suite 200, Edmond, OK 73013.

BY THE COURT:

_____
Thomas P. Agresti
Chief United States Bankruptcy Court Judge